HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
DAVID HARSHAW, KY Bar #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
david_harshaw@fd.org

Attorneys for Defendant
RAYMOND L. WATKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No.  2:25-cr-00168-TLN |
| Plaintiff, | **ORDER SEALING DEFENDANT'S EXHIBITS A AND B IN SUPPORT OF SENTENCING MEMORANDUM** |
| v. | |
| RAYMOND L. WATKINS, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and for the reasons contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that Defendant's Exhibits A and B in support of His Opposition to Motion to Revoke the Magistrate Judge's Bail Order shall be SEALED until further order of this Court.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's Request to Seal that sealing Defendant's Exhibits A and B serves compelling interests that currently outweigh the general right of access to court documents and exhibits. The Court further finds that, in the absence of closure, the compelling interests may be harmed. In light of the public filing of its Notice of Request to Seal, the Court finds that there are no present alternatives to sealing Defendant's Exhibits A and B that would adequately protect these compelling interests.

Accordingly, the Court orders Exhibits A through B, as well as Defendant's Request to Seal, to be filed under seal until further Order of this Court.

IT IS SO ORDERED.

Dated:  May 19,2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE